1
2
3
4
5
6
7
8



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA ELIZABETH WEAVER,<br><br>Defendant. | Case No. CR 19-00756M<br><br>ORDER OF DETENTION |

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

I.

On March 8, 2019, Defendant made her initial appearance in this district on the Indictment filed in the District of Utah. The Court appointed Deputy Federal Public Defender Adam Olin to represent the Defendant. At Defendant's request, a detention hearing was continued to March 12, 2019.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant does not have a stable residence and does not offer a viable surety; Defendant is associated with other names, and her criminal history includes violations of community supervision, and warrants.

As to danger to the community:

☒ The indictment charges defendant with felon in possession of a firearm possession and drug user in possession of a firearm;

☒ Criminal history is extensive and includes felony convictions for forgery, possession of controlled substances, probation revocation, and misdemeanor convictions for possession of controlled substances, disobeying court orders, burglary, and driving without a license,

☒ Drug use

V.

IT IS THEREFORE ORDERED that the defendant be remanded to the custody of the U.S. Marshal to be transported to the District of Utah for further proceedings, currently scheduled for March 25, 2019 at 2:00 p.m., in courtroom 8.400.

Dated: March 12, 2019          _____/s/_____
                                 ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE